BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| IN RE CONCRETE & CEMENT ADDITIVES ANTITRUST LITIGATION | MDL NO. 3097 |
|---|---|

## SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff**: M&D Peterson, LLC<br><br>**Defendants**: *Sika AG*[1], *Sika Corporation*, Chryso, Inc., GCP Applied Technologies, Inc., Compagnie de Saint-Gobain S.A., Saint-Gobain North America, Master Builders Solutions Admixtures U.S., LLC, Master Builders Solutions Deutschland GmbH, Cinven Ltd., Cinven, Inc., The Euclid Chemical Company, RPM International Inc., and Does 1-10 | E.D. Pa. | 2:23-cv-04711-KNS | Kai N. Scott |
| **Plaintiff**: Keystone Concrete Block & Supply Co. Inc.<br><br>**Defendants**: *Sika AG*, *Sika Corporation*, Chryso, Inc., GCP Applied Technologies, Inc., Compagnie de Saint-Gobain S.A., Saint-Gobain North America, Master Builders Solutions Admixtures U.S., LLC, Master Builders Solutions Deutschland GmbH, Cinven Ltd., Cinven, Inc., The Euclid Chemical Company, RPM International Inc., and Does 1-10 | E.D. Pa. | 2:23-cv-04723-KNS | Kai N. Scott |
| **Plaintiff**: Lakewood Concrete Corp.<br><br>**Defendants**: *Sika AG*, *Sika Corporation*, Chryso, Inc., GCP Applied Technologies, Inc., Compagnie de Saint-Gobain S.A., Saint-Gobain North America, Master | E.D. Pa. | 2:23-cv-04797-KNS | Kai N. Scott |

---

[1] Party represented by Baker McKenzie LLP is shown in bold and italics.

| | | | |
|---|---|---|---|
| Builders Solutions Admixtures U.S., LLC, Master Builders Solutions Deutschland GmbH, Cinven Ltd., Cinven, Inc., The Euclid Chemical Company, RPM International Inc., and Does 1-10 | | | |
| **Plaintiffs**: 570 Concrete, LLC<br><br>**Defendants**: *Sika AG*, *Sika Corporation*, Chryso, Inc., GCP Applied Technologies, Inc., Compagnie de Saint-Gobain S.A., Saint-Gobain North America, Master Builders Solutions Admixtures U.S., LLC, Master Builders Solutions Deutschland GmbH, Cinven Ltd., Cinven, Inc., The Euclid Chemical Company, RPM International Inc., and Does 1-10 | E.D. Pa. | 2:23-cv-04845-KNS | Kai N. Scott |
| **Plaintiff**: SMBA Construction, LLC<br><br>**Defendants**: *Sika AG*, *Sika Corporation*, Chryso, Inc., GCP Applied Technologies, Inc., Compagnie de Saint-Gobain S.A., Saint-Gobain North America, Master Builders Solutions Admixtures U.S., LLC, Master Builders Solutions Deutschland GmbH, Cinven Ltd., Cinven, Inc., The Euclid Chemical Company, and RPM International Inc. | S.D.N.Y. | 1:23-cv-10875-DEH | Dale E. Ho |
| **Plaintiff**: Vera Construction, LLC<br><br>**Defendants**: *Sika AG*, *Sika Corporation*; Chryso, Inc., GCP Applied Technologies, Inc., Compagnie De Saint-Gobain S.A., SaintGobain North America, Master Builders Solutions Admixtures U.S., LLC, Master Builders Solutions Deutschland GmbH, Cinven Ltd., Cinven, Inc., The Euclid Chemical Company, RPM International Inc., and Does 1-10 | S.D.N.Y. | 2:23-cv-05135 | Kai N. Scott |
| **Plaintiff:** H & S Ready Mix, Inc.<br><br>**Defendants**: *Sika AG*, *Sika Corporation*, Chryso, Inc., GCP Applied Technologies, | E.D. Pa. | 2:24-cv-00164-KNS | Kai N. Scott |

| | | | |
|---|---|---|---|
| Inc., Compagnie de Saint-Gobain S.A., Saint-Gobain North America, Master Builders Solutions Admixtures U.S., LLC, Master Builders Solutions Deutschland GmbH, Cinven Ltd., Cinven, Inc., The Euclid Chemical Company, RPM International Inc., and Does 1-10 | | | |
| **Plaintiff**: Charles W. Hughes Construction, LLC<br><br>**Defendants**: ***Sika AG***, ***Sika Corporation***, Chryso, Inc., GCP Applied Technologies, Inc., Compagnie de Saint-Gobain S.A., Master Builders Solutions Admixtures U.S., LLC, Master Builders Solutions Deutschland GmbH, Cinven Ltd., Cinven, Inc., The Euclid Chemical Company, and RPM International Inc. | S.D.N.Y. | 1:24-cv-00460 | Unassigned |
| **Plaintiff**: Lucas Contracting, LLC<br><br>**Defendants**: ***Sika AG***, ***Sika Corporation***, Chryso, Inc., GCP Applied Technologies, Inc., Compagnie de Saint-Gobain S.A., Master Builders Solutions Admixtures U.S., LLC, Master Builders Solutions Deutschland GmbH, Cinven Ltd., Cinven, Inc., The Euclid Chemical Company, and RPM International Inc. | S.D.N.Y. | 1:24-cv-00512 | Unassigned |