**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE CONCRETE & CEMENT ADDITIVES ANTITRUST LITIGATION | MDL NO. 3097 |
| --- | --- |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Appearance by Mark H. Hamer and this Certificate of Service were filed electronically on behalf of Defendant Sika Corporation with the Clerk of the JPML by using the CM/ECF system and served on all parties via ECF, email, or First Class U.S. mail, postage pre-paid, as indicated below, on January 25, 2024.

Dated: January 25, 2024

Respectfully submitted,

/s/ Mark H. Hamer
Mark H. Hamer
BAKER McKENZIE LLP
815 Connecticut Ave., NW
Washington, DC 20006
Tel. (202) 452-7000
Fax: (202) 452-7074
Mark.Hamer@bakermckenzie.com

***Counsel for Defendant Sika Corporation***

| **Service via First Class U.S. Mail** | |
|---|---|
| Sika AG<br>Zugerstrasse<br>50 CH-6340 Baar (ZG)<br>Switzerland | Case Nos. 2:23-cv-04845 (E.D. Pa.); 2:23-cv-04723 (E.D. Pa.); 2:23-cv-04711 (E.D. Pa.); 2:23-cv-04797 (E.D. Pa.); 2:24-cv-00164 (E.D. Pa.); 2:23-cv-05135 (E.D.Pa.); 1:23-cv-10875 (S.D.N.Y.); 1:24-cv-00460 (S.D.N.Y.); and 1:24-cv-00512 (S.D.N.Y.) |

| **Service via Electronic Mail** | |
|---|---|
| Robert N. Kaplan<br>Elana Katcher<br>Matthew P. McCahill<br>Jason A. Uris<br>Kaplan Fox & Kilsheimer LLP<br>800 Third Avenue, 38th Floor<br>New York, NY 10022<br>Tel.: (212) 687-1980<br>Fax: (212) 687-7714<br>rkaplan@kaplanfox.com<br>ekatcher@kaplanfox.com<br>mmccahill@kaplanfox.com<br>juris@kaplanfox.com | *Counsel for Plaintiff SMBA Construction, LLC*<br><br>Case No. 1:23-cv-10875 (S.D.N.Y.) |
| Robert N. Kaplan<br>Matthew P. McCahill<br>Elana Katcher<br>Jason A. Uris<br>Kaplan Fox & Kilsheimer, LLP<br>800 Third Avenue, 38th Floor<br>New York, New York 10022<br>Tel.: (212) 687-1980<br>rkaplan@kaplanfox.com<br>mmccahill@kaplanfox.com<br>ekatcher@kaplanfox.com<br>juris@kaplanfox.com<br><br>John P. Marshall<br>Matthew S. Sullivan<br>White & Allen, P.A.<br>106 South McLewean Street<br>PO Box 3169<br>Kinston, North Carolina 28501<br>Tel.: (252) 527-8000 | *Counsel for Plaintiff Charles W. Hughes Construction, LLC*<br><br>Case No. 1:24-cv-00460 (S.D.N.Y.) |

| | |
|---|---|
| jmarshall@whiteandallen.com<br>msullivan@whiteandallen.com | |
| Robert N. Kaplan<br>Matthew P. McCahill<br>Elana Katcher<br>Jason A. Uris<br>Kaplan Fox & Kilsheimer, LLP<br>800 Third Avenue, 38th Floor<br>New York, New York 10022<br>Tel.: (212) 687-1980<br>rkaplan@kaplanfox.com<br>mmccahill@kaplanfox.com<br>ekatcher@kaplanfox.com<br>juris@kaplanfox.com<br><br>Richard L. Coffman<br>THE COFFMAN LAW FIRM<br>3355 West Alabama, Suite 240<br>Houston, Texas 77098<br>Tel.: (713) 528-6700<br>rcoffman@coffmanlawfirm.com | *Counsel for Plaintiff Lucas Contracting, LLC*<br><br>Case No. 1:24-cv-00512 (S.D.N.Y.) |
| Joshua H. Grabar<br>Grabar Law Office<br>One Liberty Place<br>1650 Market Street Suite 3600<br>Philadelphia, PA 19103<br>Tel.: (267) 507-6085<br>jgrabar@grabarlaw.com<br><br>Joseph E. Mariotti<br>Caputo & Mariotti, P.C.<br>730 Main Street<br>Moosic, PA 18507<br>Tel.: (570) 342-9999<br>Fax: (570) 457-1533<br>jmariotti@caputomariotti.com<br><br>Mindee J. Reuben<br>Steven J. Greenfogel<br>Lite Depalma Greenberg & Afanador, LLC<br>1515 Market Street, Suite 1200<br>Philadelphia, PA 19102<br>Tel:(215)854-4060<br>Fax:(973)623-0858<br>mreuben@litedepalma.com<br>sgreenfogel@litedepalma.com | *Counsel for Plaintiff 570 Concrete, LLC*<br><br>Case No. 2:23-cv-04845 (E.D. Pa.) |

| | |
|---|---|
| Joseph J. DePalma<br>Lite Depalma Greenberg & Afanador, LLC<br>570 Broad Street, Suite 1201<br>Newark, NJ 07102<br>Tel: (973) 623-3000<br>Fax: (973) 623-0858<br>jdepalma@litedepalma.com<br><br>Marc H. Edelson<br>Edelson Lechtzin LLP<br>411 S. State Street<br>Suite N300<br>Newtown, PA 18940<br>Tel.: (215) 867-2399<br>medelson@edelson-law.com<br><br>Eric L. Cramer<br>Patrick F. Madden<br>Michaela L. Wallin<br>Berger Montague PC<br>1818 Market Street<br>Suite 3600<br>Philadelphia, PA 19103<br>Tel.: (215) 875-3000<br>ecramer@bm.net<br>pmadden@bm.net<br>mwallin@bm.net | |
| Lee Albert<br>Glancy Prongay & Murray LLP<br>230 Park Ave., Suite 358<br>New York, NY 10169<br>Tel.: (212) 682-5340<br>lalbert@glancylaw.com<br><br>Blaine Finley<br>Lissa Morgans<br>Cody McCracken<br>Cuneo Gilbert & Laduca, LLP<br>4725 Wisconsin Ave., NW, Suite 200<br>Washington, DC 20016<br>Tel.: (202) 789-3960<br>bfinley@cuneolaw.com<br>lmorgans@cuneolaw.com<br>cmccracken@cuneolaw.com | *Counsel for Plaintiff Lakewood Concrete Corp.*<br><br>Case No. 2:23-cv-04797 (E.D. Pa.) |

| | |
|---|---|
| Jon A. Tostrud<br>Anthony Carter<br>Tostrud Law Group, P.C.<br>1925 Century Park East<br>Suite 2100<br>Los Angeles, CA 90067<br>Tel.: (310) 278-2600<br>jtostrud@tostrudlaw.com<br>acarter@tostrudlaw.com | |
| Jeannine M. Kenney<br>Katie R. Beran<br>Hausfeld LLP<br>325 Chestnut Street Suite 900<br>Philadelphia, PA 19106<br>Tel: (215) 985-3270<br>Fax: (215) 985-3271<br>jkenney@hausfeld.com<br>kberan@hausfeld.com<br><br>Nathaniel C. Giddings<br>Hausfeld LLP<br>888 16th Street, NW, Suite 300<br>Washington, DC 20006<br>Tel: (202) 540-7200<br>Fax: (202) 540-7201<br>ngiddings@hausfeld.com<br><br>Scott Martin<br>Hausfeld LLP<br>33 Whitehall Street 14th Floor<br>New York, NY 10004<br>Tel: (646) 357-1100<br>Fax: (212) 202-4322<br>smartin@hausfeld.com<br><br>Michael P. Lehmann<br>Hausfeld LLP<br>600 Montgomery Street Suite 3200<br>San Francisco, CA 94111<br>Tel: (415) 633-1908<br>Fax: (415) 633-4980<br>mlehmann@hausfeld.com<br><br>Joshua H. Grabar<br>Grabar Law Office<br>One Liberty Place | *Counsel for Plaintiff Keystone Concrete Block & Supply Co., Inc.*<br><br>Case Nos. 2:23-cv-04723 (E.D. Pa.) |

| | |
|---|---|
| 1650 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Tel: (267) 507-6085<br>Fax: (267) 507-6048<br>jgrabar@grabarlaw.com<br><br>Joseph E. Mariotti<br>Caputo & Mariotti, P.C.<br>730 Main Street<br>Moosic, PA 18507<br>Tel.: 570-342-9999<br>Fax: 570-457-1533<br>jmariotti@caputomariotti.com | |
| Jeannine M. Kenney<br>Katie R. Beran<br>Hausfeld LLP<br>325 Chestnut Street Suite 900<br>Philadelphia, PA 19106<br>Tel: 215-985-3270<br>Fax: 215-985-3271<br>jkenney@hausfeld.com<br>kberan@hausfeld.com<br><br>Nathaniel C. Giddings<br>Hausfeld LLP<br>888 16th Street, NW, Suite 300<br>Washington, DC 20006<br>Tel: 202-540-7200<br>Fax: 202 540-7201<br>ngiddings@hausfeld.com<br><br>Scott Martin<br>Hausfeld LLP<br>33 Whitehall Street, 14th Floor<br>New York, NY 10004<br>Tel: 646-357-1100<br>Fax: 212 202-4322<br>smartin@hausfeld.com<br><br>Michael P. Lehmann<br>Hausfeld LLP<br>600 Montgomery Street Suite 3200<br>San Francisco, CA 94111<br>Tel: 415-633-1908<br>Fax: 415-633-4980 | *Counsel for Plaintiff M&D Peterson, LLC*<br><br>Case No. 2:23-cv-04711 (E.D. Pa.) |

<table>
<tr><td>mlehmann@hausfeld.com<br><br>Joshua H. Grabar<br>Grabar Law Office<br>One Liberty Place<br>1650 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Tel: 267-507-6085<br>Fax: 267-507-6048<br>jgrabar@grabarlaw.com<br><br>Joseph E. Mariotti<br>Caputo & Mariotti, P.C.<br>730 Main Street<br>Moosic, PA 18507<br>Tel.: 570-342-9999<br>Fax: 570-457-1533<br>jmariotti@caputomariotti.com<br><br>Arthur N. Bailey<br>Rupp Pfalzgraf LLC<br>111 W. 2nd Street, Suite 1100<br>Jamestown, NY 14701<br>Tel: 716 664-2967<br>bailey@rupppfalzgraf.com</td><td></td></tr>
<tr><td>Dianne M. Nast<br>Daniel N. Gallucci<br>Michele S. Burkholder<br>NastLaw LLC<br>1101 Market Street, Suite 2801<br>Philadelphia, PA 19107<br>Tel: (215) 923-9300<br>Fax: (215) 923-9302<br>dnast@nastlaw.com<br>dgallucci@nastlaw.com<br>mburkholder@nastlaw.com<br><br>Daniel E. Gustafson<br>Daniel C. Hedlund<br>Michelle J. Looby<br>Matt Jacobs<br>Gustafson Gluek PLLC<br>Canadian Pacific Plaza<br>120 So. Sixth Street, Suite 2600<br>Minneapolis, MN 55402</td><td>Counsel for Plaintiff H & S Ready Mix, Inc.<br><br>Case No. 2:24-cv-00164 (E.D. Pa.)</td></tr>
</table>

Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
mjacobs@gustafsongluek.com

Christopher V. Le
Joshua Q. Callister
BoiesBattin LLP
4041 University Drive, 5th Floor
Fairfax, VA 22030
Tel: (703) 764-8700
Fax: (703) 764-8704
cle@boiesbattin.com
jcallister@boiesbattin.com

Simon B. Paris
Patrick Howard
Saltz, Mongeluzzi, & Bendesky, P.C.
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
Tel: (215) 575-3985
sparis@smbb.com
phoward@smbb.com

Michael J. Boni
Joshua D. Snyder
Boni, Zack & Snyder LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Tel: 610-822-0200
mboni@bonizack.com
jsnyder@bonizack.com

David M. Cialkowski
Ian F. McFarland
Zachary J. Freese
Zimmerman Reed LLP
1100 IDS Center
80 S. 8th St.
Minneapolis, MN 55402
Tel: (612) 341-0400
Fax: (612) 341-0844
david.cialkowski@zimmreed.com

| | |
|---|---|
| ian.mcfarland@zimmreed.com<br>zachary.freese@zimmreed.com | |
| Charles J. Kocher, Esq. (Pa. ID 93141)<br>McOMBER McOMBER & LUBER, P.C.<br>50 Lake Center Drive, Suite 400<br>Marlton, NJ 08053<br>Phone: (856) 985-9800<br>Fax: (856) 263-2450<br>cjk@njlegal.com<br><br>Heidi M. Silton<br>Jessica N. Servais<br>Joseph C. Bourne<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Tel: (612) 339-6900<br>Fax: (612) 339-0981<br>hmsilton@locklaw.com<br>jnservais@locklaw.com<br>jcbourne@locklaw.com | *Counsel for Plaintiff Vera Construction, LLC*<br><br>Case No. 2:23-cv-05135 (S.D.N.Y.) |
| Marguerite M. Sullivan<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>Tel.: 202-637-1027<br>Fax: 202-637-2201<br>Marguerite.Sullivan@lw.com | *Counsel for Defendants Compagnie de Saint-Gobain S.A., Saint-Gobain North America, Chryso, Inc., and GCP Applied Technologies, Inc.*<br><br>Case Nos. 2:23-cv-04845 (E.D. Pa.); 2:23-cv-04723 (E.D. Pa.); 2:23-cv-04711 (E.D. Pa.); 2:23-cv-04797 (E.D. Pa.); and 1:23-cv-10875 (S.D.N.Y) |
| Heather Lamberg<br>Freshfields Bruckhaus Deringer<br>700 13th Street, NW, 10th Floor<br>Washington, DC 20005<br>Tel.: 202-210-8639<br>Fax: 202-777-4555<br>heather.lamberg@freshfileds.com | *Counsel for Defendant Master Builders Solutions Admixtures U.S., LLC*<br><br>Case No. 1:23-cv-10875 (S.D.N.Y) |

| | |
|---|---|
| Heather Lamberg<br>Freshfields Bruckhaus Deringer<br>700 13th Street, NW, 10th Floor<br>Washington, DC 20005<br>Tel.: 202-210-8639<br>Fax: 202-777-4555<br>heather.lamberg@freshfileds.com<br><br>Anna E. Sanders<br>Buchanan Ingersoll & Rooney PC<br>Two Liberty Place 50 S. 16th<br>Street Suite 3200 Philadelphia,<br>PA 19102<br>Tel.: 215-665-3957<br>Anna.Sanders@bipc.com<br><br>Gerald E. Burns<br>Buchanan Ingersoll Rooney PC<br>Two Liberty Pl 50 S 16th St, Ste 3200<br>Philadelphia, PA 19102<br>Tel.: 215-665-5360<br>Fax: 215-665-8760<br>Gerald.Burns@bipc.com | *Counsel for Defendants Master Builders Solutions Admixtures U.S., LLC and Master Builders Solutions Deutschland GmbH*<br><br>Case No. 2:23-cv-04711 (E.D. Pa.); 2:23-cv-04723 (E.D. Pa.); 2:23-cv-04845 (E.D. Pa.) |
| Anna E. Sanders<br>Gerald E. Burns<br>Buchanan Ingersoll & Rooney PC<br>Two Liberty Place 50 S.<br>16th Street Suite 3200<br>Philadelphia, PA 19102<br>Tel.: 215-665-3957<br>Anna.Sanders@bipc.com<br>Gerald.Burns@bipc.com<br><br>Bruce McCulloch<br>Freshfields Bruckhaus Deringer<br>700 13th Street NW, 10th Floor<br>Washington, DC 20005<br>Tel.: 202 777 4547<br>Bruce.Mcculloch@freshfields.com | *Counsel for Defendants Cinven Limited and Cinven, Inc.*<br><br>Case Nos. 2:23-cv-04845 (E.D. Pa.); 2:23-cv-04723 (E.D. Pa.); 2:23-cv-04711 (E.D. Pa.); 2:23-cv-04797 (E.D. Pa.); and 1:23-cv-10875 (S.D.N.Y) |
| Elizabeth Bowen Prewitt<br>Latham & Watkins LLP<br>1271 Avenue Of The Americas<br>New York, NY 10020<br>Tel.: 212-906-1200<br>Elizabeth.Prewitt@lw.com | *Counsel for Defendants Chryso, Inc. and GCP Applied Technologies Inc.*<br><br>Case Nos. 1:23-cv-10875 |

| | |
|---|---|
| Marguerite Mitchell Sullivan<br>Jennifer Lynn Giordano<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>Tel.: 202-637-2200<br>Maggy.Sullivan@lw.com<br>Jennifer.Giordano@lw.com | |
| Jennifer Lynn Giordano<br>Marguerite Mitchell Sullivan<br>David Frazier<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>Tel.: 202-637-2200<br>Jennifer.Giordano@lw.com<br>Maggy.Sullivan@lw.com<br>David.Frazier@lw.com | *Counsel for Defendants Chryso, Inc. and GCP Applied Technologies Inc.*<br><br>Case Nos. 2:23-cv-04711 (E.D. Pa.); 2:23-cv-04723 (E.D. Pa.); 2:23-cv-04845 (E.D. Pa.) |
| Abram Jeremy Ellis<br>Simpson Thacher & Bartlett<br>LLP 900 G Street, NW<br>Washington, DC 20001<br>Tel.: 202-220-7795<br>Fax: 202-220-7702<br>Aellis@stblaw.com | *Counsel for Defendants The Euclid Chemical Company, RPM International Inc.*<br><br>Case No. 1:23-cv-10875 (S.D.N.Y) |

<table>
<tr>
<td>Abram Jeremy Ellis<br>Simpson Thacher & Bartlett<br>LLP 900 G Street, NW<br>Washington, DC 20001<br>Tel.: 202-220-7795<br>Fax: 202-220-7702<br>Aellis@stblaw.com<br><br>Andrew P. Fishkin<br>Zachary Winthrop Silverman<br>Fishkin Lucks LLP<br>One Gateway Center Suite 1150<br>07102 Newark, NJ 07102<br>Tel.: 973-536-2800<br>Fax: 973-679-4435<br>Afishkin@fishkinlucks.com<br>Zsilverman@fishkinlucks.com<br><br>Peter Guryan<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Ave<br>New York, NY 10017<br>Tel.: 212 455 2000<br>Peter.Guryan@stblaw.com</td>
<td>Counsel for Defendants The Euclid Chemical Company, RPM International Inc.<br><br>Case No. 2:23-cv-04711 (E.D. Pa.); 2:23-cv-04723 (E.D. Pa.); 2:23-cv-04845 (E.D. Pa.)</td>
</tr>
</table>